THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br>WAYNE N. MORRIS,<br><br>        Defendant. | CASE NO. CR99-0174-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Wayne N. Morris's motion to seal an exhibit attached to his motion for compassionate release (Dkt. No. 230). The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). To overcome that presumption, Morris must show that there are "compelling reasons" to seal Exhibit D. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (holding that the "compelling reasons" standard applies to any motion that "is more than tangentially related to the merits of a case"). The Court finds compelling reasons to seal Exhibit D, which contains sensitive and confidential information that, if made public, could cause irreparable harm to Morris. Accordingly, the Court GRANTS Morris's motion to seal (Dkt. No. 230) and DIRECTS the Clerk to maintain Docket Number 231 under seal until further order of the Court.

DATED this 26th day of August 2020.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE